THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RAYMOND D. SEXTON, Defendant-Appellant.

(No. 74-198;

Fifth District—August 12, 1975.

Opinion by Mr. PRESIDING JUSTICE JONES.

Paul Bradley and Steven Clark, both of State Appellate Defender's Office, of Chicago, for appellant.

James W. Leaton, State's Attorney, of Jonesboro, and William Schwartz, Law Student, for the People.